FILED

12/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0284

| | |
|---|---|
| BRIDGET J. KELLY,<br><br>      Appellee\Petitioner,<br>vs.<br><br>JOSEPH S. CAMP III,<br><br>      Appellant/Respondent. | **GRANT OF MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

THE COURT having considered the Appellant's *First Motion for Extension of Time to File Reply Brief*,

IT IS HEREBY ORDERED that the Appellant's *First Motion for Extension of Time to File Reply Brief* is GRANTED. The Appellant's *Reply Brief* shall be filed on or before January 10, 2022.

No further extensions will be granted.

SO ORDERED this ___ day of December 2021.

_____
*Montana Supreme Court Justice*

C:    P. Mars Scott/Kevin S. Brown

**GRANT OF MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2021